UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.**, as
Broadcast Licensee of the **August 9, 2008**,
UFC #87 Program,

               Plaintiff,

-against-

SALLY HAYNIE, Individually and as officer, director, shareholder and/or principal of MUSTANG SALLYS BAR & GRILL LLC d/b/a MUSTANG SALLYS BAR & GRILL a/k/a MUSTANG SALLY'S, and MUSTANG SALLYS BAR & GRILL LLC d/b/a MUSTANG SALLYS BAR & GRILL a/k/a MUSTANG SALLY'S,

               Defendants.

**NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**
Civil Action No. 4:09-CV-0558-CDP

---

**PLEASE TAKE NOTICE THAT** Plaintiff **JOE HAND PROMOTIONS, INC.** (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed **January 3, 2010**. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 2, 2009
Ellenville, New York

JOE HAND PROMOTIONS, INC.

By:/s/  Julie Cohen Lonstein
    Julie Cohen Lonstein, Esq.
    LONSTEIN LAW OFFICE, P.C.
    *Attorneys for Plaintiff*
    Office & P.O. Address
    1 Terrace Hill: P.O. Box 351
    Ellenville, New York 12428
    Tel: (845) 647-8500

SO ORDERED this 2nd day of Nov, 2009

_____
**HON. CATHERINE D. PERRY**
**UNITED STATES DISTRICT JUDGE**